**No. 09-10185. Daniel E. Taylor, Petitioner v. Greg Williams, Warden.**

560 U.S. 970, 130 S. Ct. 3421, 177 L. Ed. 2d 333, 2010 U.S. LEXIS 4790.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 363 Fed. Appx. 546.

**No. 09-10194. Diondre Barnes, Petitioner v. Don Roper, Superintendent, Potosi Correctional Center.**

560 U.S. 970, 130 S. Ct. 3421, 177 L. Ed. 2d 333, 2010 U.S. LEXIS 4957.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 09-10195. Raymond Perry, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections.**

560 U.S. 970, 130 S. Ct. 3421, 177 L. Ed. 2d 333, 2010 U.S. LEXIS 4848.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-10201. Hunter R. Levi, Petitioner v. Anheuser-Busch Companies, Inc., et al.**

560 U.S. 970, 130 S. Ct. 3421, 177 L. Ed. 2d 333, 2010 U.S. LEXIS 4866.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 360 Fed. Appx. 708.

**No. 09-10202. James Edward Proctor, Petitioner v. Nevada.**

560 U.S. 970, 130 S. Ct. 3421, 177 L. Ed. 2d 333, 2010 U.S. LEXIS 4840.

June 14, 2010. Petition for writ of certiorari to the Supreme Court of Nevada denied.

Same case below, 281 P.3d 1210.

**No. 09-10208. Deborah A. Redman, Petitioner v. Philip A. Graham, et al.**

560 U.S. 970, 130 S. Ct. 3421, 177 L. Ed. 2d 333, 2010 U.S. LEXIS 4781.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

**No. 09-10210. Ronnie Junior Ellis, Petitioner v. Doctor Marietta, et al.**

560 U.S. 970, 130 S. Ct. 3422, 177 L. Ed. 2d 333, 2010 U.S. LEXIS 4819,

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 333 Fed. Appx. 751.

**No. 09-10222. Edward Muniz, Petitioner v. United States District Court for the District of Colorado.**

560 U.S. 970, 130 S. Ct. 3446, 177 L. Ed. 2d 333, 2010 U.S. LEXIS 4851.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.